IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 3:20-cr-89

    vs.

RASEAN J. PINER,                        District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) DENYING DEFENDANT'S MOTION FOR TEMPORARY FURLOUGH (DOC. NO. 34); (2) SUGGESTING DEFENDANT BE PERMITTED TO REMOTELY VIEW HIS MOTHER'S FUNERAL SERVICE; AND (3) CANCELLING THE TELEPHONE CONFERENCE SET ON FEBRUARY 3, 2022 AT 2:30 P.M.**

---

    This matter is before the Court on Defendant's Motion for Temporary Furlough. Doc. No. 34. Defendant seeks a limited furlough and release on house arrest with electronic home monitoring or location monitoring to attend his mother's viewing and funeral in Dayton, Ohio for a two-day period from February 4, 2022 to February 5, 2022. *Id*. Defendant is presently detained and awaits trial at the Butler County Jail in Butler County, Ohio.

    On February 3, 2022, the Court held a telephone hearing on Defendant's motion during which attorney Charles Slicer, Sr. represented Defendant, and Assistant U.S. Attorney Ryan Saunders represented the Government. Pretrial Services Officer Katie Snodgrass also appeared.

    Although the Court is sensitive to the Defendant's situation, based on his previous significant history of failing to appear in prior pending criminal proceedings; the seriousness of the felony charges he presently faces in the instant case, including the life-threatening danger to Defendant and the posed by the narcotics (*e.g.*, fentanyl and methamphetamine) at issue; and the existence of a felony charge pending against him in state court, Defendant's motion is **DENIED**. The Court, however, suggests the U.S. Marshal and/or jail facility permit Defendant to view a live stream video of the funeral services, if possible and practicable. Defendant's family, with the

assistance of Defendant's counsel (if necessary), is to make appropriate arrangements with the U.S. Marshal and/or jail facility with regard to live streaming the funeral service.

The telephone conference set on February 3, 2022 at 2:30 p.m. is **CANCELLED**.

**IT IS SO ORDERED**.

February 3, 2022                                    s/Michael J. Newman
                                                    Hon. Michael J. Newman
                                                    United States District Judge